UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH WAYNE TANNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1649** |
| **EAST BATON ROUGE PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION: "D"(5)** |

### ORDER

The Court, having considered the complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Joseph Wayne Tanner[3] is transferred to the United States District Court for the Middle District of Louisiana. **IT IS FURTHER ORDERED** that the pending motion to proceed as a pauper[4] is deferred for the transferee court's consideration.

New Orleans, Louisiana, this 14th day of August, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 8.
[2] R. Doc. 10.
[3] R. Doc. 8.
[4] R. Doc. 10.